UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>         Plaintiff,<br><br>    v.<br><br>CCMH FISHERMAN'S WHARF, LLC,<br><br>         Defendant. | Case No. 20-cv-07131-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS ORIGINAL COMPLAINT**<br><br>Re: Dkt. No. 15 |

Defendant CCMH Fisherman's Wharf, LLC ("CCMH") moved to dismiss Plaintiff Samuel Love's original complaint. *See* Mot. (dkt. 15). Love has since filed an amended complaint within the time allowed by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, superseding his original complaint. *See* 1st Am. Compl. (dkt. 17). The motion to dismiss is therefore DENIED as moot, without prejudice to any argument that CCMH might raise in response to the amended complaint.

**IT IS SO ORDERED.**

Dated: January 5, 2021

JOSEPH C. SPERO
Chief Magistrate Judge